**MINUTE ENTRY**
**DUVAL, J.**
**AUGUST 24, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALISON STARKEY, INDIVIDUALLY, ON BEHALF OF THE ESTATE OF GREGORY STARKEY, AND AS NATURAL TUTRIX OF HER MINOR CHILDREN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-4178** |
| **EXXON MOBIL CORPORATION, ET AL** | **SECTION K (3)** |

### ORAL ARGUMENT

**MOTION** for Summary Judgment by Exxon Mobil Oil Corporation and Chalmette Refining, LLC., filed 6/20/11, doc. 34.

**MOTION** for Summary Judgment against Chalmette Refining, LLC, by Plainiff, filed 6/30/11, doc. 41.

**CASE MANAGER:  SHEENA DEMAS**
**COURT RECORDER:  BONNIE HEBERT**

**APPEARANCES:** Hugh Lambert, Cayce Peterson, Robert McNeal & Thomas Diaz

**Court begins at 9:35 a.m.**
**Case called; all present and ready.**
**Oral argument by parties.**
**Court GRANTED, record document 34, for oral reasons stated on the record.**
**Court DENIED, record document 41, for oral reasons stated on the record.**
**Court adjourns at 10:26 a.m.**

JS-10 (:49)